EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re: <br><br> Luis M. Pavía Vidal | 2021 TSPR 152 <br><br> 208 DPR _____ |

Número del Caso:  TS-14,805


Fecha:  24 de noviembre de 2021


Abogado del peticionario:

     Por derecho propio



Materia:   Reinstalación al ejercicio de la abogacía y de la notaría, condicionado a la prestación de una fianza notarial.


Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

  Luis M. Pavía Vidal           TS-14,805

RESOLUCIÓN

En San Juan, Puerto Rico, a 24 de noviembre de 2021.

       Examinada la *Moción en cumplimiento de orden, informativa y solicitando reinstalación* presentada el 15 de noviembre de 2021, se provee ha lugar. En consecuencia, se reinstala al Sr. Luis M. Pavía Vidal al ejercicio de la abogacía y la notaría. Se advierte que la reinstalación a la notaría está condicionada a que acredite a este Tribunal la prestación de una fianza notarial vigente.

       Publíquese.

       Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo. La Jueza Presidenta Oronoz Rodríguez no intervino.

                        Javier O. Sepúlveda Rodríguez
                        Secretario del Tribunal Supremo